# UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| Robyn Georgius <br><br><br> Plaintiff, <br><br> vs. <br><br> Kindervater and Carroll, LLC, et. al., <br><br><br> Defendants. | Case No.: 3:19-cv-02765-JGC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come Plaintiff, Robyn Georgius, and Defendant, Kindervater and Carroll, LLC, hereby DISMISS WITH PREJUDICE all claims in this matter in their entirety. Costs to be paid by Defendant. The Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement.

Respectfully,


*s/ Taylor R. Ward*                          *s/Nicholas P. Wainwright (per verbal consent)*

Taylor R. Ward                                   Nicholas Wainwright

*Attorney for Plaintiff*                             *Attorney for Defendant*

             **IT IS SO ORDERED,**


_____

             Judge James G. Carr

**CERTIFICATE OF SERVICE**

I, Taylor Ward, hereby give notice of this filing via the Court's ECF system on this  _19_
day of February 2021.


*s/ Taylor R. Ward*_____

Taylor R. Ward (0092383)