# UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| Robyn Georgius<br><br>                  Plaintiff,<br><br>   vs.<br><br>Kindervater and Carroll, LLC, et. al.,<br><br><br>              Defendants. | Case No.: 3:19-cv-02765-JGC<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come Plaintiff, Robyn Georgius, and Defendant, Kindervater and Carroll, LLC, hereby DISMISS WITH PREJUDICE all claims in this matter in their entirety. Costs to be paid by Defendant. The Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement.

Respectfully,


*s/ Taylor R. Ward*_____      *s/Nicholas P. Wainwright (per verbal consent)*_
Taylor R. Ward                         Nicholas Wainwright
*Attorney for Plaintiff*                   *Attorney for Defendant*

**IT IS SO ORDERED,**


 s/James G. Carr
_____

Sr. U.S. District Judge